# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| **SUTTER & GILLHAM, P.L.L.C.; LUTHER SUTTER, and LUCIEN GILLHAM** | **PLAINTIFFS** |

**VS.**

**No. 4:24-cv-911-BSM**

| | |
|---|---|
| **EMILY RUNYON; MUNSON, ROWLETT, MOORE AND BOONE, P.A.; ANNIE DEPPER; BLAKE HENDRIX; FUQUA CAMPBELL, P.A.; DAVID WILSON; FRIDAY, ELDREDGE & CLARK, LLP; MEL SAYES; MATTHEW SANDERS & SAYES, P.A.; AND JOHN DOES 1 – 100** | **DEFENDANTS** |

## JOINT MOTION TO DISMISS OF ALL DEFENDANTS

Come now Defendants, Emily Runyon, Munson, Rowlett, Moore & Boone, P.A., Annie Depper, Blake Hendrix, Fuqua Campbell, P.A., David Wilson, Friday, Eldredge & Clark, Mel Sayes and Matthew, Sanders & Sayes, P.A., and for their Joint Motion to Dismiss of all Defendants, and state:

1. The allegations and claims asserted in this case are exact "cut and paste" duplicates of a lawsuit filed by these same plaintiffs against several other parties. That case has already been dismissed by this Court. *Sutter & Gilliam, PLLC, et. al. v. Henry, et. al,* 2023 U.S. Dist. LEXIS 223644, *2, 2023 WL 8700962 (now on appeal at *Sutter & Gilliam, PLLC, et. al. v. Henry, et. al*, No. 24-1071 (8th Cir)). Plaintiffs' complaint in this case must also be dismissed, for the reasons set forth herein.

2. Plaintiffs' "Count I" for "Retaliation" as a constitutional due process claim, set forth at ¶¶ 80-86 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements, (b) lack of state action, (c) failure to allege conduct of these defendants necessary to support the claim, (d) failure to exhaust judicial remedies in state court, (e) res judicata, and (f) waiver.

3. Plaintiffs' "Count II" for "Conspiracy to Violate Constitutional Rights," set forth at ¶¶ 87-117 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements, (b) lack of state action, (c) failure to allege conduct of these defendants necessary to support the claim, (d) failure to exhaust judicial remedies in state court, (e) res judicata, and (f) waiver.

4. Plaintiffs' "Count III" for "Defamation," set forth at ¶¶ 118-124 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements, (b) failure to allege conduct of these defendants necessary to support the claim, (c) attorney immunity pursuant to Ark. Code Ann. §16-114-303, and (d) expiration of statute of limitations.

5. Plaintiffs' "Count IV" for "Interference with Contracts," set forth at ¶¶ 125-129 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements, (b) failure to allege conduct of these defendants necessary to support the claim, and (c) attorney immunity pursuant to Ark. Code Ann. §16-114-303.

6. Plaintiffs' "Count V" for "Abuse of Process/Malicious Prosecution," set forth at ¶¶ 130-135 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements, (b) failure to allege conduct of these defendants necessary to support the claim, (c) attorney immunity pursuant to Ark. Code Ann. §16-114-303, and (d) expiration of statute of limitations.

7. Plaintiffs' "Count VI" for "Civil Conspiracy / Barratry," set forth at ¶¶ 136-148 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. for: (a) failure to plead facts of the required elements since no underlying tort exists, (b) failure to allege conduct of these defendants necessary to support the claim, (c) attorney immunity pursuant to Ark. Code Ann. §16-114-303, (d) res judicata, and (e) expiration of statute of limitations.

8. Plaintiffs' "Count VII" for "Civil Felony Tort," set forth at ¶¶ 149-152 of their complaint, must be dismissed pursuant Rule 12(b)(6), Fed. R. Civ. Pro. as a result of: (a) failure to plead facts of the required elements, (b) failure to allege conduct of these defendants necessary to support the claim, and (c) expiration of statute of limitations.

9.    Additionally, all Counts alleged in plaintiffs' complaint against separate defendants Emily Runyon, David Wilson, Mel Sayes and Matthews, Sanders & Sayes, P.A. must be dismissed pursuant Rule 12(b)(5), Fed. R. Civ. Pro., for insufficient service of process.

10.  In support of this Motion, the following exhibits are attached and incorporated herein:

**Exhibit "A"**: Jefferson County Docket; *Kerry Baker, as Administrator of the Estate of James Luke Baker, et. al. v. Bryan Adams, et.al.*, Circuit Court of Jefferson County, Arkansas, 35CV-18-1077

**Exhibit "B"**: January 7, 2019 Amended Complaint; Kerry Baker, as Administrator of the Estate of James Luke Baker, et. al. v. Bryan Adams, et.al., Circuit Court of Jefferson County, Arkansas, 35CV-18-1077

**Exhibit "C"**:  Declaration of Emily Runyon, re: insufficient service of process, Emily Runyon

**Exhibit "D"**: Declaration of David D. Wilson, re: insufficient service of process, David Wilson

**Exhibit "E"**:  Declaration of Mel Sayes, re: insufficient service of process, Mel Sayes and Matthews, Sanders & Sayes, P.A.

11.   Defendants' Brief in Support of Joint Motion to Dismiss of all Defendants is filed contemporaneously herewith and incorporated herein.

WHEREFORE, Defendants, Emily Runyon, Munson, Rowlett, Moore & Boone, P.A., Annie Depper, Blake Hendrix, Fuqua Campbell, P.A., David Wilson, Friday, Eldredge & Clark, Mel Sayes and Matthew, Sanders & Sayes, P.A., pray that the complaint of the plaintiffs be dismissed pursuant to Rule 12(b)(6) and 12(b)(5), Federal Rules of Civil Procedure, for the reasons set forth herein and in their incorporated Brief in Support of Joint Motion to Dismiss, and additionally for their costs and expenses incurred herein, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/ David Donovan_____
David Donovan, No. 81184
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
(501) 850-7090
(501) 372-1209 (Fax)
david.donovan@wdtc.law

*Attorney for Defendants Emily Runyon and Munson, Rowlett, Moore and Boone, P.A.*

/s/ Dylan H. Potts_____
Dylan H. Potts, No. 2001258
Hannah W. Howard, 2021212
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
(501) 376-3800
(501)372-3359 (Fax)
potts@gill-law.com
howard@gill-law.com

*Attorney for Defendants Friday, Eldredge & Clark, LLP and David Wilson*

/s/ Justin Joy_____
Justin Joy, No. 2005288
Lewis Thomason, PC
40 S. Main St. #2900
Memphis, TN 38103
(901) 525-8721
(901) 525-6722 (Fax)
jjoy@lewisthomason.com

*Attorney for Defendants Annie Depper, Blake Hendrix, and Fuqua Campbell, P.A.*

/s/ Michael P. Vanderford_____
Michael P. Vanderford, No. 93086
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
(501) 372-1887
(501) 372-7706 (Fax)
vanderford@amhfirm.com

*Attorney for Mel Sayes and Matthews, Sanders & Sayes, P.A.*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Dylan H. Potts, hereby certify that a copy of the foregoing was filed via the Court's electronic filing system which shall send notice to all counsel of record. I further certify that a copy of the foregoing was also sent via email and U.S. First Class mail to the following known counsel of record on this 22 day of October, 2024:

Luther Sutter
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
Luthersutter.law@gmail.com

and

Lucien Gillham (and via U.S. Mail)
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
lucien.gillham@gmail.com

*Attorneys for Plaintiffs, Sutter & Gillham, P.L.L.C,*
*Luther Sutter and Lucien Gillham*

*/s/ Dylan H. Potts*
Dylan H. Potts