## Jake Kornegay

| | |
|---|---|
| **From:** | Tina Ho <tina@gill-law.com> |
| **Sent:** | Tuesday, October 22, 2024 4:35 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Exhibits A-E |
| **Attachments:** | EX A. MTD Baker Case Docket.pdf; EX B. to Motion to Dismiss- Baker.pdf; EX C. Declaration of Emily Runyon.pdf; EX D. Declaration of David D. Wilson.pdf; EX E. Declaration of Mel Sayes.pdf |

**CAUTION - EXTERNAL:**

Tina Ho | Paralegal, Manager | Gill Ragon Owen
Assistant to Dan N. Fox, Anna Hodges Barker
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
tina@gill-law.com
Direct: 501.801.3866



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.