**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER, and**
**LUCIEN GILLHAM**                                                     **PLAINTIFFS**

**v.**                                    **No. 4:24-cv-911-BSM**

**EMILY RUNYON;**
**MUNSON, ROWLETT, MOORE AND BOONE, P.A.;**
**ANNIE DEPPER; BLAKE HENDRIX;**
**FUQUA CAMPBELL, P.A.; DAVID WILSON;**
**FRIDAY, ELDREDGE & CLARK, LLP;**
**MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;**
**AND JOHN DOES 1-100**                                              **DEFENDANTS**

## NOTICE OF RELATED CASE

Please take notice that Defendant Friday, Eldredge & Clark, LLP, by and through its counsel,

hereby provides Notice of Related Case pursuant to General Order No. 39, USDC, E.D. Ark.:

1.      *Sutter & Gilliam, PLLC, et. al. v. Henry, et. al*, No. 23-CV-00078-BSM, 2023 U.S. Dist.

LEXIS 223644, *2, 2023 WL 8700962 (E.D. Ark. Dec. 15, 2023) (hereinafter "Related Case") was filed

by the same plaintiffs as the plaintiffs in this case.  The Related Case was assigned to, and decided by,

United States District Judge Brian S. Miller.

2.      The complaint in this case contains a virtually verbatim "cut and paste" of the factual

allegations and claims as the Related Case.  The only material difference in the complaint in this case and

the complaint in the Related Case is that the original defendants' names have been removed from the style

and in a very few paragraphs and replaced with the names of these defendants.

3.      The exact same allegations and claims have already been reviewed, considered, addressed

and motions related thereto have been ruled upon by Judge Miller in the Related Case.  Assignment of this

case to Judge Miller is likely to result in significant savings of judicial resources.  Judicial economy dictates case assignment to Judge Miller.

Respectfully submitted,

/s/ Dylan H. Potts
Dylan H. Potts, No. 2001258
Hannah W. Howard, No. 2021212
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
(501) 376-3800
(501)372-3359 (Fax)
potts@gill-law.com
howard@gill-law.com

*Attorney for Defendants Friday, Eldredge & Clark, LLP and David Wilson*

## **CERTIFICATE OF SERVICE**

I, Dylan H. Potts, hereby certify that a copy of the foregoing was filed via the Court's electronic filing system which shall send notice to all counsel of record. I further certify that a copy of the foregoing was also sent via email and U.S. First Class mail to the following known counsel of record on this 22 day of October, 2024:

Luther Sutter
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
Luthersutter.law@gmail.com

and

Lucien Gillham (and via U.S. Mail)
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
lucien.gillham@gmail.com

2

*Attorneys for Plaintiffs, Sutter & Gillham, P.L.L.C,*
*Luther Sutter and Lucien Gillham*

David Donovan, No. 81184
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
(501) 850-7090
(501) 372-1209 (Fax)
david.donovan@wdtc.law

*Attorney for Defendants Emily Runyon and*
*Munson, Rowlett, Moore and Boone, P.A.*

Justin Joy, No. 2005288
Lewis Thomason, PC
40 S. Main St. #2900
Memphis, TN 38103
(901) 525-8721
(901) 525-6722 (Fax)
jjoy@lewisthomason.com

*Attorney for Defendants Annie Depper,*
*Blake Hendrix, and Fuqua Campbell, P.A.*

Michael P. Vanderford, No. 93086
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
(501) 372-1887
(501) 372-7706 (Fax)
vanderford@amhfirm.com

*Attorney for Mel Sayes and*
*Matthews, Sanders & Sayes, P.A.*

*/s/ Dylan H. Potts*
Dylan H. Potts

3