IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.; LUTHER
SUTTER, and LUCIEN GILLHAM                                    PLAINTIFFS

V.                          CASE NO. 4:24-cv-00911-BSM

EMILY RUNYON; MUNSON, ROWLETT, MOORE
AND BOONE, P.A.; ANNIE DEPPER; BLAKE HENDRIX;
FUQUA CAMPBELL, P.A.; DAVID WILSON;
FRIDAY, ELDREDGE & CLARK, LLP; MEL SAYES;
MATTHEW SANDERS & SAYES, P.A.; AND
JOHN DOES 1 - 100                                            DEFENDANTS

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel on behalf of

Separate Defendants Emily Runyon and Munson, Rowlett, Moore and Boone, P.A.

> DAVID M. DONOVAN
> BAR NO. 81184
> ATTORNEYS FOR DEFENDANTS
> EMILY RUNYON AND MUNSON,
> ROWLETT, MOORE AND BOONE, P.A.
> WDTC LAW, P.A.
> 2120 RIVERFRONT DR., STE. 275
> LITTLE ROCK, AR  72202
> TELEPHONE:  (501) 372-1406
> EMAIL:  david.donovan@wdtc.law