**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                    (501) 604-5351
    **CLERK**

October 25, 2024

Dylan H. Potts
425 West Capitol Avenue Suite 3800
Little Rock, Arkansas 72201

Re:          Deficiency Filing #1 Notice of Removal
              Case No. 4:24-CV-00911-BSM, Sutter & Gillham PLLC et al v. Runyon et al

Dear Mr. Potts:

      The Clerk's office reviewed the above-referenced document, which was filed conventionally in paper, and found it to be deficient as follows:

      Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

      To correct a document that has been filed, please send the corrected document in paper to the Clerk's office. The original document will remain on the docket sheet, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                          Sincerely,

                          TAMMY H. DOWNS, CLERK

                          By:   J. Kornegay
                                Deputy Clerk