**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                              (501) 604-5351
   **CLERK**

October 25, 2024

David M. Donovan
2120 Riverfront Drive Suite 275
Little Rock, Arkansas 72202

Re:             Deficiency Filing #7, Notice of Appearance
                Case No. 4:24-CV-00911-BSM, Sutter & Gillham PLLC et al v. Runyon et al

Dear Mr. Donovan:

        The Clerk's office reviewed the above-referenced document, which was filed
electronically, and found it to be deficient as follows:

        Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion,
response, or other request (F.R.Cv.P. 7.1).

        To correct a document that has been filed, please email the corrected document in pdf format
to the Clerk's office at clerksoffice@ared.uscourts.gov.  **Do not refile the document.**  The original
document will remain on the docket, and the response time will run from the date of the original
filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity
disclosure statement.

                                        Sincerely,

                                        TAMMY H. DOWNS, CLERK

                                        By:   J. Kornegay
                                              Deputy Clerk