# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER, and**
**LUCIEN GILLHAM**                                                  **PLAINTIFFS**

**v.**                                     **No. 4:24-cv-911-BSM**

**EMILY RUNYON;**
**MUNSON, ROWLETT, MOORE AND BOONE, P.A.;**
**ANNIE DEPPER; BLAKE HENDRIX;**
**FUQUA CAMPBELL, P.A.; DAVID WILSON;**
**FRIDAY, ELDREDGE & CLARK, LLP;**
**MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;**
**AND JOHN DOES 1-100**                                        **DEFENDANTS**

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Separate Defendant Friday,

Eldredge & Clark, LLP, hereby files its Corporate Disclosure Statement and states that it has no

parent company or other corporation owning ten percent (10%) or more of its stock.

Respectfully submitted,

*/s/ Dylan H. Potts*
Dylan H. Potts, No. 2001258
Hannah W. Howard, No. 2021212
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
(501) 376-3800
(501)372-3359 (Fax)
potts@gill-law.com
howard@gill-law.com

*Attorney for Defendants Friday, Eldredge &*
*Clark, LLP and David Wilson*

## <u>CERTIFICATE OF SERVICE</u>

I, Dylan H. Potts, hereby certify that a copy of the foregoing was filed via the Court's electronic filing system which shall send notice to all counsel of record. I further certify that a copy of the foregoing was also sent via email and U.S. First Class mail to the following known counsel of record on this 25th day of October, 2024:

Luther Sutter
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
Luthersutter.law@gmail.com

and

Lucien Gillham (and via U.S. Mail)
Sutter & Gillham, P.L.L.C.
15001 N. Pierce, Ste. 105
Little Rock, Arkansas 72207
501-315-1910 (phone)
501-315-1916 (fax)
lucien.gillham@gmail.com

*Attorneys for Plaintiffs, Sutter & Gillham, P.L.L.C,*
*Luther Sutter and Lucien Gillham*

David Donovan, No. 81184
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
(501) 850-7090
(501) 372-1209 (Fax)
david.donovan@wdtc.law

*Attorney for Defendants Emily Runyon and*
*Munson, Rowlett, Moore and Boone, P.A.*

Justin Joy, No. 2005288
Lewis Thomason, PC
40 S. Main St. #2900
Memphis, TN 38103
(901) 525-8721
(901) 525-6722 (Fax)
jjoy@lewisthomason.com

*Attorney for Defendants Annie Depper,*
*Blake Hendrix, and Fuqua Campbell, P.A.*

Michael P. Vanderford, No. 93086
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
(501) 372-1887
(501) 372-7706 (Fax)
vanderford@amhfirm.com

*Attorney for Mel Sayes and*
*Matthews, Sanders & Sayes, P.A.*

        */s/ Dylan H. Potts*
        Dylan H. Potts