**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

SUTTER & GILLHAM, P.L.L.C.; LUTHER SUTTER;
and LUCIEN GILLHAM                                                                          **PLAINTIFFS**

V.                                             Case No. 4:24-cv-00911-BSM

EMILY RUNYON; MUNSON, ROWLETT, MOORE AND BOONE,
P.A.; ANNIE DEPPER; BLAKE HENDRIX; FUQUA CAMPBELL,
P.A.; DAVID WILSON; FRIDAY, ELDREDGE & CLARK, L.L.P.;
MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.; and
JOHN DOES 1-100                                                                              **DEFENDANTS**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Comes separate defendant, Matthews, Sanders & Sayes, P.A., and for its

Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, states:

1.      Matthews, Sanders & Sayes, P.A., has no parent company or other

corporation owning ten percent (10%) or more of its stock.

Respectfully submitted,

**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202
Phone:        501-372-1887
Fax:           501-372-7706
Email:         vanderford@amhfirm.com


By:  /s/ Michael P. Vanderford
       MICHAEL P. VANDERFORD
       BAR NO. 93086

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2024, I filed the foregoing using the Court's electronic filing system, which shall send notification of such filing to the attorneys listed below:

Luther Oneal Sutter
Lucien R. Gillham
SUTTER & GILLHAM, P.L.L.C.
1501 N. Pierce St., Suite 105
Little Rock, Arkansas 72207
*Attorneys for Plaintiffs*

Justin Joy
Lewis Thomason, PC.
40 S. Main Street
Memphis, Tennessee 38103
*Attorney for Defendants, Annie Depper,*
*Blake Hendrix, and Fuqua Campbell, P.A.*

David Donovan
WDTC Law, P.A.
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
*Attorney for Defendants, Emily Runyon and*
*Munson, Rowlett, Moore & Boone, P.A.*

Dylan H. Potts
Hannah W. Howard
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Suite 3800
Little Rock, Arkansas 72201
*Attorneys for Defendants, David Wilson*
*and Friday, Eldredge & Clark, L.L.P.*

/s/   Michael P. Vanderford
MICHAEL P. VANDERFORD

2