**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

SUTTER & GILLHAM, P.L.L.C.; LUTHER SUTTER;
and LUCIEN GILLHAM                                                    PLAINTIFFS

V.                              Case No. 4:24-cv-00911-BSM

EMILY RUNYON; MUNSON, ROWLETT, MOORE AND BOONE,
P.A.; ANNIE DEPPER; BLAKE HENDRIX; FUQUA CAMPBELL,
P.A.; DAVID WILSON; FRIDAY, ELDREDGE & CLARK, L.L.P.;
MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.; and
JOHN DOES 1-100                                                      DEFENDANTS

**NOTICE OF APPEARANCE**

Michael P. Vanderford of the firm Anderson, Murphy & Hopkins, L.L.P., hereby

enters an appearance as counsel of record for defendants, Mel Sayes and Matthews,

Sanders & Says, P.A., and respectfully requests notification from the Court and Clerk as

to all future proceedings in this matter.

Respectfully submitted,

**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202
Phone:        501-372-1887
Fax:           501-372-7706
Email:        vanderford@amhfirm.com


By:  /s/ Michael P. Vanderford
        MICHAEL P. VANDERFORD
        BAR NO. 93086

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2024, I filed the foregoing using the Court's electronic filing system, which shall send notification of such filing to the attorneys listed below:

Luther Oneal Sutter
Lucien R. Gillham
SUTTER & GILLHAM, P.L.L.C.
1501 N. Pierce St., Suite 105
Little Rock, Arkansas 72207
*Attorneys for Plaintiffs*

Justin Joy
Lewis Thomason, PC.
40 S. Main Street
Memphis, Tennessee 38103
*Attorney for Defendants, Annie Depper, Blake Hendrix, and Fuqua Campbell, P.A.*

David Donovan
WDTC Law, P.A.
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
*Attorney for Defendants, Emily Runyon and Munson, Rowlett, Moore & Boone, P.A.*

Dylan H. Potts
Hannah W. Howard
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Suite 3800
Little Rock, Arkansas 72201
*Attorneys for Defendants, David Wilson and Friday, Eldredge & Clark, L.L.P.*

 /s/   Michael P. Vanderford
MICHAEL P. VANDERFORD

2