IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.; LUTHER
SUTTER, and LUCIEN GILLHAM                                    PLAINTIFFS

V.                        CASE NO. 4:24-cv-00911-BSM

EMILY RUNYON; MUNSON, ROWLETT, MOORE
AND BOONE, P.A.; ANNIE DEPPER; BLAKE HENDRIX;
FUQUA CAMPBELL, P.A.; DAVID WILSON;
FRIDAY, ELDREDGE & CLARK, LLP; MEL SAYES;
MATTHEW SANDERS & SAYES, P.A.; AND
JOHN DOES 1 - 100                                            DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Separate

Defendant Munson, Rowlett, Moore and Boone, P.A., hereby files its Corporate

Disclosure Statement and states that it has no parent company or other corporation

owning ten percent (10%) or more of its stock.

DAVID M. DONOVAN
BAR NO. 81184
ATTORNEYS FOR DEFENDANTS
EMILY RUNYON AND MUNSON,
ROWLETT, MOORE AND BOONE, P.A.
WDTC LAW, P.A.
2120 RIVERFRONT DR., STE. 275
LITTLE ROCK, AR  72202
TELEPHONE:  (501) 372-1406
EMAIL:  david.donovan@wdtc.law