**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER, and
LUCIEN GILLHAM**                                                    **PLAINTIFFS**


**v.**                                    **No. 4:24-cv-911-BSM**


**EMILY RUNYON;
MUNSON, ROWLETT, MOORE AND BOONE, P.A.;
ANNIE DEPPER; BLAKE HENDRIX;
FUQUA CAMPBELL, P.A.; DAVID WILSON;
FRIDAY, ELDREDGE & CLARK, LLP;
MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;
AND JOHN DOES 1-100**                                              **DEFENDANTS**


**NOTICE OF APPEARANCE OF COUNSEL FOR
SEPARATE DEFENDANTS ANNIE DEPPER, BLAKE HENDRIX,
AND FUQUA CAMPBELL, P.A.**


Please take notice that Justin Joy and the law firm of Lewis Thomason, PC enter their

appearance in this matter as counsel of record for separate defendants, Annie Depper, Blake

Hendrix, and Fuqua Campbell, P.A.



Respectfully submitted,

**Justin N. Joy**
Bar No. 2005288
Attorneys for Defendants Annie Depper, Blake
Hendrix, and Fuqua Campbell, P.A.
LEWIS THOMASON, PC
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
JJoy@LewisThomason.com