**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER, and**
**LUCIEN GILLHAM**                                               **PLAINTIFFS**

**v.**                                   **No. 4:24-cv-911-BSM**

**EMILY RUNYON;**
**MUNSON, ROWLETT, MOORE AND BOONE, P.A.;**
**ANNIE DEPPER; BLAKE HENDRIX;**
**FUQUA CAMPBELL, P.A.; DAVID WILSON;**
**FRIDAY, ELDREDGE & CLARK, LLP;**
**MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;**
**AND JOHN DOES 1-100**                                         **DEFENDANTS**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**SEPARATE DEFENDANT FUQUA CAMPBELL, P.A.**

Separate Defendant Fuqua Campbell, P.A., by and through counsel and pursuant to Federal

Rule of Civil Procedure 7.1, states that it has no parent company or other corporation owning ten

percent (10%) or more of its stock.

Respectfully submitted,

**Justin N. Joy**
Bar No. 2005288
Attorneys for Defendants Fuqua Campbell, P.A.,
Blake Hendrix, and Annie Depper
LEWIS THOMASON, PC
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
JJoy@LewisThomason.com