**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**


**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER, and LUCIEN GILLHAM**                          **PLAINTIFFS**


**VS.**            **CASE NO: 4:24-cv-00911BSM**

**EMILY RUNYON; MUNSON, ROWLETT, MOORE AND BOONE, P.A.;**
**ANNIE DEPPER; BLAKE HENDRIX; FUQUA CAMPBELL, P.A.;**
**DAVID WILSON; FRIDAY, ELDREDGE & CLARK, LLP;**
**MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;**
**AND JOHN DOES 1-100**                                      **DEFENDANTS**


## MOTION TO REMAND AND TO STAY

COME the Plaintiffs, by and through undersigned counsel, for this Motion, each states:

1.      Here, Defendants have removed this matter to Federal Court and have a notice of related case.  In that case, the Court dismissed the Complaint under Rooker-Feldman.  Although that Order is the subject of an Appeal, it is, nonetheless, entitled to preclusive effect. Consequently, Plaintiffs move for an Order remanding this matter to State Court.

2.      Defendants have also filed a Motion to Dismiss.  Plaintiffs move to stay their Response time until fourteen (14) days after this Motion is ruled upon.

3.      For the reasons set out in the accompanying Brief, this Motion should be granted.

1

**WHEREFORE**, Plaintiffs, pray for an Order staying the Response time and remanding this matter, for fees and costs, and for all other proper relief.

Respectfully submitted,

By:     */s/ Luther Sutter*
        Luther Oneal Sutter, Esq., ARBN 95031
        Attorneys for Plaintiffs
        **SUTTER & GILLHAM, PLLC**
        1501 N. Pierce Ste 105
        Little Rock, AR 72207
        501/315-1910 – Office
        501/315-1916 - Facsimile
        Luther.sutterlaw@gmail.com

2