IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER, and LUCIEN GILLHAM
    PLAINTIFFS

VS. CASE NO: 4:24-cv-00911BSM

EMILY RUNYON;
MUNSON, ROWLETT, MOORE AND BOONE, P.A.;
ANNIE DEPPER; BLAKE HENDRIX;
FUQUA CAMPBELL, P.A.; DAVID WILSON;
FRIDAY, ELDREDGE & CLARK, LLP;
MEL SAYES;
MATTHEWS, SANDERS & SAYES, P.A.;
AND JOHN DOES 1-100
    DEFENDANTS

## NOTICE OF FILING

COMES Plaintiffs, by and through undersigned counsel, for this Notice, each states:

Each Plaintiff hereby gives notice of the Arkansas Court of Appeals' opinion, *Baker v. Adams*, 2024 Ark. App. 577, that militates against application of Rooker Feldman.

    Luther Oneal Sutter, Esq.
    ARBN 95031
    Attorneys for Plaintiff
    **SUTTER & GILLHAM, PLLC**
    1501 N. Pierce Ste 105
    Little Rock, Ar 72207
    501/315-1910 – Office
    501/315-1916 - Facsimile

2

Luther.sutterlaw@gmail.com