## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SUTTER & GILLHAM PLLC,** *et al.*                                                    **PLAINTIFFS**

**v.**                                 **CASE NO.  4:24-cv-00911-BSM**

**EMILY RUNYON,** *et al.*                                                            **DEFENDANTS**

### ORDER

Given the Arkansas Court of Appeals's recent opinion in *Baker v. Adams*, 2024 Ark. App. 577, the parties have fourteen days to supplement their motions [Doc. Nos. 3, 16] and must respond to the opposing parties' supplement within fourteen days.

IT IS SO ORDERED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE