IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER, and**
**LUCIEN GILLHAM**                                                                      **PLAINTIFFS**

**v.**                                              **No. 4:24-CV-00911BSM**

**EMILY RUNYON;**
**MUNSON, ROWLETT, MOORE AND BOONE, P.A.;**
**ANNIE DEPPER; BLAKE HENDRIX;**
**FUQUA CAMPBELL, P.A.; DAVID WILSON;**
**FRIDAY, ELDREDGE & CLARK, LLP;**
**MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;**
**AND JOHN DOES 1-100**                                             **DEFENDANTS**

### DEFENDANTS' JOINT SUPPLEMENT TO JOINT MOTION TO DISMISS

Come now Defendants, Emily Runyon; Munson, Rowlett, Moore & Boone, P.A.; Annie Depper;

Blake Hendrix; Fuqua Campbell, P.A.; David Wilson; Friday, Eldredge & Clark, LLP; Mel Sayes; and

Matthew, Sanders & Sayes, P.A., for their Joint Supplement to their Joint Motion to Dismiss, and state:

1. This Court's December 2, 2024, Order (Doc. No. 20) invited these Defendants to supplement

their Joint Motion to Dismiss (Doc. No. 3) in light of the Arkansas Court of Appeals' recent opinion in

*Baker v. Adams*, 2024 Ark. App. 577. In that opinion, the Arkansas Court of Appeals reversed the trial

court's order of dismissal with prejudice, holding, "[A]n order denying a voluntary nonsuit before the case

has been submitted is reversible error, even if the circuit court reached the correct result on the merits." *Id.*

at *9.

2. The pending Joint Motion to Dismiss of these Defendants in this case does not rely for dismissal

upon any of the following: (a) whether the trial court's order of dismissal in the Jefferson County case (the

"Baker Case")[1] was with or without prejudice, (b) this Court's dismissal of *Sutter & Gilliam, PLLC, et. al.*

_____

[1] *Kerry Baker, as Administrator of the Estate of James Luke Baker, and Kerry Baker Individually, and Savannah*

1

*v. Henry, et. al*, No. 23-CV-00078-BSM, 2023 U.S. Dist. LEXIS 223644, 2023 WL 8700962 (E.D. Ark. Dec. 15, 2023) ("Sutter Federal Case I"), (c) the pending Eighth Circuit appeal of Sutter Federal Case I, *Sutter & Gilliam, PLLC, et. al. v. Henry, et. al*, No. 24-1071 (8th Cir.); (d) the Arkansas Court of Appeals' recent opinion in *Baker v. Adams*, 2024 Ark. App. 577; or (e) the *Rooker-Feldman* Doctrine.

3. In short, the Arkansas Court of Appeals' recent opinion in *Baker v. Adams*, 2024 Ark. App. 577 is immaterial to the Joint Motion to Dismiss of these Defendants and has no effect upon their entitlement to dismissal of this case.  *See* Doc. No. 3 and 4.

4.  In contrast, the Plaintiffs in this case relied upon this Court's dismissal of Sutter Federal Case I for their Motion to Remand and Stay (Doc. No. 16), and specifically relied upon the *Rooker-Feldman* Doctrine as the basis for their motion. Even, only for the sake of argument, following Plaintiffs' view that the *Rooker-Feldman* Doctrine is somehow applicable to their motion, Plaintiffs' motion now appears to be moot and without basis. Notwithstanding, as these Defendants pointed out in their Joint Response in Opposition to Motion to Remand and Stay (Doc. No. 18), the *Rooker-Feldman* Doctrine is completely inapplicable in this case, regardless of the outcome in *Baker v. Adams*, 2024 Ark. App. 577 and regardless of whether the trial court's order of dismissal in the Baker Case was with or without prejudice.  Plaintiff's Motion to Remand and Stay should be denied.

5.  Defendants' Joint Motion to Dismiss should be granted: (a) for the grounds set forth in the Motion and in the supporting brief, and (b) because Plaintiffs have failed to respond to the Joint Motion and the time for doing so has long since passed.  U.S. Dist. Court Local Rule 7.2.

WHEREFORE, Defendants, Emily Runyon, Munson, Rowlett, Moore & Boone, P.A., Annie Depper, Blake Hendrix, Fuqua Campbell, P.A., David Wilson, Friday, Eldredge & Clark, Mel Sayes and Matthew, Sanders & Sayes, P.A., pray that the complaint of the Plaintiffs be dismissed pursuant to Rule 12(b)(6) and 12(b)(5), Federal Rules of Civil Procedure, for the reasons set forth herein and in their Joint

---

*Baker Case Individually, and Gena Downey Baker Individually v. Bryan Adams, Skylar Wilson, Travis Jones, Carson Cook, Karla Cook, Prairie Wings South LLC, Austin Tate, John Tate, and certain John and Jane Does to be determines and Prairie Wings Lodge, LLC, Christie Adams, Mary Tate Reliance Health Care Inc, Brandon Adams, Todd Ross, Joe (sic) Wicker (sic),* Circuit Court of Jefferson County, Arkansas, 35CV-18-1077.

Motion to Dismiss and incorporated Brief in Support of Joint Motion to Dismiss, and additionally for their costs and expenses incurred herein, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/ David Donovan
David Donovan, No. 81184
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
(501) 850-7090
(501) 372-1209 (Fax)
david.donovan@wdtc.law

*Attorney for Defendants Emily Runyon and Munson, Rowlett, Moore and Boone, P.A.*

/s/ Michael P. Vanderford
Michael P. Vanderford, No. 93086
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
(501) 372-1887
(501) 372-7706 (Fax)
vanderford@amhfirm.com

*Attorney for Mel Sayes and Matthews, Sanders & Sayes, P.A.*

/s/ Justin Joy
Justin Joy, No. 2005288
Lewis Thomason, PC
40 S. Main St. #2900
Memphis, TN 38103
(901) 525-8721
(901) 525-6722 (Fax)
jjoy@lewisthomason.com

*Attorney for Defendants Annie Depper, Blake Hendrix, and Fuqua Campbell, P.A.*

/s/ Dylan H. Potts
Dylan H. Potts, No. 2001258
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
(501) 376-3800
(501)372-3359 (Fax)
potts@gill-law.com

*Attorney for Defendants Friday, Eldredge & Clark, LLP and David Wilson*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, a copy of the foregoing was filed using the Court's e-filing system which shall send notice to all counsel of record.

/s/ Dylan H. Potts
Dylan H. Potts