**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.,** *et al.*                                    **PLAINTIFFS**

**v.**                      **CASE NO. 4:24-CV-00911-BSM**

**EMILY RUNYON,** *et al.*                                              **DEFENDANTS**

**ORDER**

Plaintiffs' motion to remand and to stay [Doc. No. 16] is denied. Plaintiffs have

fourteen days to respond to defendants' joint motion to dismiss [Doc. No. 3].

IT IS SO ORDERED this 6th day of January, 2025.


_____
UNITED STATES DISTRICT JUDGE