# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER, and
LUCIEN GILLHAM                                                              PLAINTIFFS

v.                                   No. 4:24-CV-00911BSM

EMILY RUNYON;
MUNSON, ROWLETT, MOORE AND BOONE, P.A.;
ANNIE DEPPER; BLAKE HENDRIX;
FUQUA CAMPBELL, P.A.; DAVID WILSON;
FRIDAY, ELDREDGE & CLARK, LLP;
MEL SAYES; MATTHEWS, SANDERS & SAYES, P.A.;
AND JOHN DOES 1-100                                                        DEFENDANTS

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION TO DISMISS AND MOTION TO REMAND

Come now Defendants, Emily Runyon, Munson, Rowlett, Moore & Boone, P.A., Annie Depper, Blake Hendrix, Fuqua Campbell, P.A., David Wilson, Friday, Eldredge & Clark, LLP, Mel Sayes and Matthew, Sanders & Sayes, P.A., and for their Joint Response to Plaintiffs' Motion to Dismiss and Motion to Remand, and state:

Defendants filed a Joint Motion to Dismiss this case [Doc. No. 3]. Plaintiffs failed to file a response, and the deadline for doing so passed. U.S.D.C. Local Rule 7.2. Instead, Plaintiffs filed a Motion to Remand [Doc. No. 16]. This Court denied Plaintiffs' Motion to Remand [Doc. No. 24]. This Court ordered Plaintiffs to file a response to Defendants' Joint Motion to Dismiss by January 21, 2025 [Doc. No. 16][1]. Plaintiffs ignored that Order, and again failed to file a response. Instead, Plaintiffs filed a "Motion to Dismiss and Motion to Remand" [Doc. No. 25].

---

[1] "Plaintiffs have fourteen days to respond…" [Doc. No. 24]. The fourteenth day after January 6, 2025, was January 20, which fell on a legal holiday (Martin Luther King, Jr. Day), so January 21 was the response date. Rule 6(a), Fed.

1

Plaintiffs' latest motion is improper because it: (a) violates this Court's Order and does not respond to the long-pending Joint Motion to Dismiss, (b) seeks relief that is not permitted, (c) is improper because it seeks inconsistent contingent and alternative "either/or" relief, and (d) requests a motion to remand be granted which has already been denied by this Court.

*(a) Violation of this Court's Rules and Order*

Plaintiffs first ignored this Court's Local Rules and did not file a response to Defendants' Joint Motion to Dismiss. Plaintiffs then ignored this Court's Order to file a response by January 21, 2025. Refusing to comply with this Court's rules and orders is basis alone to dismiss Plaintiffs' Complaint with prejudice. Rule 41(b), Fed. R. Civ. Pro. Moreover, the Defendant's Joint Motion to Dismiss has been pending since October 22, 2024, no response has been filed, the response time has passed despite much grace of the Court, and the motion should be granted upon the grounds and for the reasons set forth therein.

*(b) Plaintiffs' Motion Seeks Relief Not Permitted*

Plaintiffs cite Rule 41(a)(1)(A), Fed. R. Civ. Pro., as the basis for their new request to "dismiss the federal claims without prejudice." But Rule 41(a)(1)(A) does not allow a plaintiff to selectively dismiss certain "claims" from his case; he can only dismiss the entire action ("[P]laintiff may dismiss *an action*…"). The primary relief requested in Plaintiffs' motion is not even authorized by the law.

*(c) Plaintiffs' Motion Requests Improper Contingent and Alternative Relief*

Plaintiffs' motion seems to request at least three variations of contingent and alternative relief in the form of "either/or" and "if not this, then that." Rule 7(b)(1)(C), Fed. R. Civ. Pro. provides that a "motion must…(C) state the relief sought." Plaintiffs have failed to do so.

---

R. Civ. Pro.

2

*(d) Plaintiffs' Motion to Remand Has Already Been Denied*

Plaintiffs are trying to improperly manipulate their claims to get away from federal court. They are requesting that their Motion to Remand to state court be granted.  Plaintiffs' Motion to Remand, however, was already considered by this Court and denied [Doc. No. 24].

Plaintiffs' latest "Motion to Dismiss and Motion to Remand" should be denied. Plaintiffs case should be dismissed in its entirety by this Court for the reasons set forth in Defendants' long-standing Joint Motion to Dismiss, as well as Rule 41(b), Fed. R. Civ. Pro.

WHEREFORE, Defendants, Emily Runyon, Munson, Rowlett, Moore & Boone, P.A., Annie Depper, Blake Hendrix, Fuqua Campbell, P.A., David Wilson, Friday, Eldredge & Clark, LLP, Mel Sayes and Matthew, Sanders & Sayes, P.A., pray that Plaintiffs' Motion to Dismiss and Motion to Remand be denied, and instead that the Joint Motion to Dismiss of the Defendants be granted for the reasons set forth herein, for their costs and expenses incurred herein, and for all other just and proper relief to which they may be entitled.

*[Signature Block and Certificate of Service to follow]*

*[Signature Block and Certificate of Service]*

Respectfully submitted,

/s/ David Donovan
David Donovan, No. 81184
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
(501) 850-7090
(501) 372-1209 (Fax)
david.donovan@wdtc.law

*Attorney for Defendants Emily Runyon and Munson, Rowlett, Moore and Boone, P.A.*

/s/ Dylan H. Potts
Dylan H. Potts, No. 2001258
Gill Ragon Owen, P.A.
425 W. Capitol Ave., Ste. 3800
Little Rock, AR 72201
(501) 376-3800
(501)372-3359 (Fax)
potts@gill-law.com

*Attorney for Defendants Friday, Eldredge & Clark, LLP and David Wilson*

/s/ Justin Joy
Justin Joy, No. 2005288
Lewis Thomason, PC
40 S. Main St. #2900
Memphis, TN 38103
(901) 525-8721
(901) 525-6722 (Fax)
jjoy@lewisthomason.com

*Attorney for Defendants Annie Depper, Blake Hendrix, and Fuqua Campbell, P.A.*

/s/ Michael P. Vanderford
Michael P. Vanderford, No. 93086
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
(501) 372-1887
(501) 372-7706 (Fax)
vanderford@amhfirm.com

*Attorney for Mel Sayes and Matthews, Sanders & Sayes, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, a copy of the foregoing was filed using the Court's e-filing system which shall send notice to all counsel of record.

/s/ Dylan H. Potts
Dylan H. Potts

4