### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM PLLC,** *et al.*                                    **PLAINTIFFS**

**v.**                          **CASE NO.  4:24-cv-00911-BSM**

**EMILY RUNYON,** *et al.*                                          **DEFENDANTS**

### ORDER

Plaintiffs' motion to dismiss their federal claims and remand to state court [Doc. No. 25] is granted.  Plaintiffs' complaint was removed based on federal question jurisdiction. Notice of Removal ¶ 4, Doc. No. 1.  Now that the federal issues have been dismissed, remand is proper.  *See Royal Canin U. S. A., Inc. v. Wullschleger*, No. 23-677, 2025 WL 96212, at *3 (U.S. Jan. 15, 2025) (remand is appropriate when federal claims are no longer present).

IT IS SO ORDERED this 5th day of February, 2025.


_____
UNITED STATES DISTRICT JUDGE