**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM PLLC,** *et al.*                                                          **PLAINTIFFS**

**v.**                                 **CASE NO.  4:24-cv-00911-BSM**

**EMILY RUNYON,** *et al.*                                                               **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE