# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE A149
### LITTLE ROCK, ARKANSAS   72201

**TAMMY H. DOWNS**                                                                                    **(501) 604-5351**
    **CLERK**

February 6, 2025

*Via Certified Mail: 7018 1830 0000 9350 7880*

Flora Cook
Jefferson County Circuit Court Clerk
101 West Barraque Street
Suite 104
Pine Bluff, AR 71601

      Re:   *Sutter & Gillham PLLC et al v. Runyon et al*
            U.S. District Court Eastern District of Arkansas Case No. 4:24-cv-00911-BSM
            Jefferson County Circuit Court Case No. 35CV-24-00455

Dear Ms. Cook:

Attached are certified copies of an Order and Judgment dated February 5, 2025, signed by Judge Brian S. Miller, which remands the above-styled matter to Jefferson County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Jefferson County Circuit Court.

If you have any questions regarding this matter, please call me at 501-604-5351.

            Sincerely,

            TAMMY H. DOWNS, CLERK


            By: _____
                B. Hibbs, Deputy Clerk


Enclosures